IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-cr-0130-AWI WMW |
| | ) | |
| Plaintiff, | ) | ORDER IMPOSING |
| | ) | SENTENCE ON REMAND |
| vs. | ) | FOLLOWING APPEAL |
| | ) | |
| SEAN P. DIX, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On March 14, 2006, this court sentenced Defendant Sean P. Dix to 12 months unsupervised probation and a $500.00 fine. On March 28, 2006, this court denied Defendant's motion to reduce sentence based on an illegal sentence. Defendant filed an appeal from the denial of his motion. On June 14, 2007, District Judge Anthony W. Ishii entered an order reversing this court's order on Defendant's motion to reduce his sentence, and vacating the portion of Defendant's sentence imposing 12 months unsupervised probation. District Judge Ishii remanded the case to this court to impose the legal portion of the sentence, i.e., the fine.

Accordingly, IT IS HEREBY ORDERED that Defendant shall pay a fine of $500.00 as his sentence in this case.

IT IS SO ORDERED.

**Dated:   July 11, 2007**                               /s/  **William M. Wunderlich**
                                                                  UNITED STATES MAGISTRATE JUDGE